IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN MIXON,
    Plaintiff,

vs.                                            Case No. 5:09cv324/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## **O R D E R**

Plaintiff has filed a complaint for judicial review of an adverse administrative decision and has paid the filing fee (Docs. 1, 7). Additionally, Plaintiff has prepared USM 285 forms, and summons.

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to issue summonses and return them to counsel for Plaintiff so that he may effect service.

2. After a response to the complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the clerk of court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant. Any paper submitted for filing after a response to the complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.

**DONE AND ORDERED** this 9th day of December 2009.

                                              /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**