IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLENN E. MIXON,

      Plaintiff,

v.                                              CASE NO. 5:09cv324-RH/EMT

MICHAEL J. ASTRUE,

      Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 40. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 36, is GRANTED. The Secretary must pay the plaintiff $4,967.64 as attorney's fees under the Equal Access to Justice Act. The payment should be mailed to the plaintiff in care of her attorney.

SO ORDERED on August 17, 2011.

                                                              Robert L. Hinkle
                                                              United States District Judge